| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sorokin, Leo T. | 2. Court or Organization<br><br>District Court, Massachusetts | 3. Date of Report<br><br>11/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>One Courthouse Way<br>Boston, MA 02210<br>Suite 6130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed - psychologist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Fidelity Contrafund | B | Distribution | K | T | | | | | |
| 5. -Fidelity Pacific Basin | A | Distribution | K | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. -Davis NY Venture Fund C | D | Dividend | K | T | | | | | |
| 8. -Wells Fargo Cash | A | Dividend | J | T | | | | | |
| 9. IRA #3 | | | | | | | | | |
| 10. -Amazon | | None | K | T | | | | | |
| 11. -Wells Fargo Cash Account | A | Int./Div. | J | T | | | | | |
| 12. -Citigroup | | | | | Sold | 11/15/15 | J | A | |
| 13. -Allianz FDS Small Cap | A | Dividend | J | T | | | | | |
| 14. -Allianz Mid Cap Fund | B | Dividend | K | T | | | | | |
| 15. -PIMCO FDS PAC Dev Invt Mgmt | B | Dividend | K | T | | | | | |
| 16. -Intentionally Blank | | | | | | | | | |
| 17. Brokerage Acct#1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 19. -Home Properties, Inc. | | None | | | Sold | 10/08/15 | J | B | |
| 20. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 21. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 22. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 23. -Healthcare Realty Trust, Inc. | B | Dividend | K | T | | | | | |
| 24. -Intentionally Blank | | | | | | | | | |
| 25. -Berkshire Hawthaway Series B | | None | J | T | | | | | |
| 26. -Saul Centers | A | Dividend | J | T | | | | | |
| 27. -Alibaba | | None | | | | | | | |
| 28. -Apple | B | Dividend | L | T | | | | | |
| 29. -Sector Spdr Tech Select Sector | B | Dividend | K | T | | | | | |
| 30. -Stratasys LTD Sys | | None | J | T | Buy | 06/29/15 | J | | |
| 31. -3D SYSCorp | | None | J | T | Buy | 06/29/15 | J | | |
| 32. -Intentionally Blank | | | | | | | | | |
| 33. DWS Scudder High Income Trust | B | Dividend | K | T | | | | | |
| 34. Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Intentionally Blank | | | | | | | | | |
| 36. Intentionally Blank | | | | | | | | | |
| 37. IRA #4 | | | | | | | | | |
| 38. -Vanguard 500 Index Fund Adm | B | Dividend | L | T | | | | | |
| 39. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | | | | | |
| 40. -Vanguard U.S. Value Fund | A | Dividend | K | T | | | | | |
| 41. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |
| 42. Brokerage Acct#2 | | | | | | | | | |
| 43. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 44. -Vanguard Total International Stock Index | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 45. -Vanguard Total Stock Market Index | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 46. Brokerage Acct#3 | | | | | | | | | |
| 47. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 48. -Vanguard Long Term treasury Fund | B | Dividend | K | T | | | | | |
| 49. -Vanguard Extended Market Index Fund | A | Dividend | J | T | | | | | |
| 50. Brokerage Acct#4 | | | | | | | | | |
| 51. -American Century Income and Growth Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #5 | | | | | | | | | |
| 53. -American Century Equity Income | B | Dividend | K | T | | | | | |
| 54. -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 55. -American Century Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 56. Brokerage Acct#5 | | | | | | | | | |
| 57. -American Century Equity Income Fund | C | Dividend | K | T | | | | | |
| 58. Brokerage Acct#6 | | | | | | | | | |
| 59. -American Century Giftrust Fund | | | | | Redeemed | 05/21/15 | J | | |
| 60. -American Century All Cap Growth | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 61. Brokerage Acct#7 | | | | | | | | | |
| 62. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 63. Limited Partnership Bear Hollow Lender | B | Distribution | J | U | | | | | |
| 64. -Intentionally blank | | | | | | | | | |
| 65. Intentionally Blank | | | | | | | | | |
| 66. -Intentionally Blank | | | | | | | | | |
| 67. Limited Partnership Wolf Paca I | E | Int./Div. | J | U | | | | | |
| 68. Limited Partnership Joppa East | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OC, LLC | | None | M | T | | | | | |
| 70. Brokerage Account 11 | | | | | | | | | |
| 71. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 72. IRA Account 12A | | | | | | | | | |
| 73. -Wells Fargo Bank Deposit | A | Interest | | | Merged (with line 74) | 12/02/15 | K | | |
| 74. -Fidelity Gov't Money Market | A | Int./Div. | K | T | | | | | |
| 75. -Matthews Pacific Tiger Fund | B | Distribution | J | T | | | | | |
| 76. -Home Properties, Inc. | A | Dividend | | | Sold | 10/08/15 | J | C | |
| 77. Brokerage Account 12B | | | | | | | | | |
| 78. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 79. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 80. -Sterling Bank Corp. | A | Dividend | J | T | | | | | |
| 81. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 82. -Wells Fargo Bank Deposit Sweep Option | A | Interest | | | Merged (with line 83) | 12/07/15 | J | | |
| 83. -Fidelity Gov't Money Market | A | Interest | J | T | | | | | |
| 84. IRA Account 13A | | | | | | | | | |
| 85. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Matthews Pacific Tiger | B | Dividend | J | T | | | | | |
| 87. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 88. Brokerage Account 13B | | | | | | | | | |
| 89. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 90. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 91. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 92. IRA Account 14A | | | | | | | | | |
| 93. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 94. -Matthews Pacific Tiger | B | Dividend | J | T | | | | | |
| 95. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 96. Brokerage Account 14B | | | | | | | | | |
| 97. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 98. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 99. Trust #4 | | | | | | | | | |
| 100. -Raymond James Bank Deposit Program | A | Int./Div. | K | T | | | | | |
| 101. -Williams Companies | A | Int./Div. | J | T | | | | | |
| 102. - Fund Royce Opportunity Fund Investment Class N/L | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fund The Third Avenue Value Fund N/L | A | Int./Div. | | | Sold | 12/17/15 | J | A | |
| 104. -Fund Oppenheimer DevMkts Fund | A | Int./Div. | J | T | | | | | |
| 105. - Kinder Morgan | A | Int./Div. | J | T | | | | | |
| 106. -Hartford International Value Fund | A | Int./Div. | J | T | | | | | |
| 107. -Berkshire Hathaway B | | None | K | T | | | | | |
| 108. -Crown Castle | A | Int./Div. | K | T | | | | | |
| 109. - Stock Alleghany Corp | | None | J | T | | | | | |
| 110. -Flow 2006 LLC | | None | M | W | | | | | |
| 111. -VSECU Bank Account | A | Int./Div. | J | T | | | | | |
| 112. -Fund Hartford Capital Appreciation Fund Class A | B | Int./Div. | J | T | | | | | |
| 113. -Liberty Media | | None | J | T | | | | | |
| 114. -Fund Third Avenue Focused Credit Fund Investor Class | B | Int./Div. | J | T | | | | | |
| 115. -Longleaf Small-cap Fund | A | Int./Div. | K | T | | | | | |
| 116. -Putnam Capital Spectrum | A | Int./Div. | J | T | | | | | |
| 117. -Intentionally Blank | | | | | | | | | |
| 118. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 119. Trust #5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wells Fargo Bank Deposit Sweep | A | Int./Div. | L | T | | | | | |
| 121. -Stock Sector Spdr TR Tech Select Sector XLK | A | Int./Div. | K | T | | | | | |
| 122. -Alibaba Group | | None | J | T | | | | | |
| 123. -Verizon Communications | A | Int./Div. | J | T | | | | | |
| 124. -Bear Hollow Lender LLC | D | Distribution | J | W | | | | | |
| 125. -Gunpowder W Corp. | | None | J | W | | | | | |
| 126. -Joppa East Limited Partnership | | None | J | W | | | | | |
| 127. -Mayfield W, Inc. | | None | J | W | | | | | |
| 128. -MHW, LLC | D | Distribution | L | W | | | | | |
| 129. -Exploration Capital 2005 | | None | K | W | | | | | |
| 130. -Wolf Realty Corp. | | None | J | W | | | | | |
| 131. -Saul Centers Bond | B | Int./Div. | K | T | | | | | |
| 132. -VSECU Bank Account | A | Int./Div. | K | T | | | | | |
| 133. -Merck | A | Int./Div. | K | T | | | | | |
| 134. -GSV Capital | B | Int./Div. | J | T | | | | | |
| 135. -Loan to Trust #4 | | None | L | W | | | | | |
| 136. Brokerage Account 15 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 138. IRA Account 20 | | | | | | | | | |
| 139. -Wells Fargo Money Market | A | Int./Div. | K | T | | | | | |
| 140. -Tesla Motors, Inc. | | None | K | T | | | | | |
| 141. -Chipotle | | None | J | T | Buy | 12/14/15 | J | | |
| 142. IRA BA 17 | | | | | | | | | |
| 143. -Indexiq ETF Tr IQ ARB Global Res ETF | | None | J | T | | | | | |
| 144. -aston/Fairpoint Mid Cap fund | A | Dividend | J | T | | | | | |
| 145. -Acadian Emerging Markets Port Instl | A | Distribution | J | T | | | | | |
| 146. -Allianz NFJ Small Cap Value Class I | A | Dividend | J | T | | | | | |
| 147. -American Mutual Fund Cl F2 | A | Dividend | J | T | | | | | |
| 148. -Brown Capital Mgt Small C. Inv. | A | Dividend | J | T | | | | | |
| 149. -Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |
| 150. -Columbia Acorn international Cl Z | A | Dividend | J | T | | | | | |
| 151. -Spartan 500 Index FD Investor Class | A | Dividend | J | T | | | | | |
| 152. -Fidelity Advisor New Insights cl I | A | Dividend | J | T | | | | | |
| 153. -Harbor International Institutional | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Aberdeen Total Return Bond Fund Cl I | A | Dividend | J | T | | | | | |
| 155. -Fidelity Floating Rate High Income | A | Dividend | J | T | | | | | |
| 156. -Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 157. -PIMCO Total REturn Instl | A | Dividend | J | T | | | | | |
| 158. -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |
| 159. -Cohen & Steers Intl Realty Inc. Cl I | A | Dividend | J | T | | | | | |
| 160. -IQ Alpha Hedge Strategy Instl | A | Dividend | J | T | | | | | |
| 161. -Putnam Absolute Return 700 Fund | A | Dividend | J | T | | | | | |
| 162. -Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 163. IRA 18 | | | | | | | | | |
| 164. -Schwab Adv Cash Reserves | A | Dividend | K | T | | | | | |
| 165. -Greif Brothers Notes Due 2/1/17 | B | Int./Div. | K | T | | | | | |
| 166. -Plum Crk Tmbrlnd Bonds due 3/15/21 | A | Interest | J | T | | | | | |
| 167. -Wells Fargo Mtg Frn 2033 REMIC due 3/25/33 | A | Interest | J | T | | | | | |
| 168. -Acuity Brands | A | Dividend | J | T | | | | | |
| 169. -CISCO Systems | A | Dividend | J | T | | | | | |
| 170. -General Electric Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -International Business Machines | A | Dividend | J | T | | | | | |
| 172. -PPG Industries | A | Dividend | J | T | | | | | |
| 173. -St Jude Medical | A | Dividend | J | T | | | | | |
| 174. -Stone Harbor Emerging FD | A | Dividend | | | Sold | 03/24/15 | J | | |
| 175. -United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 176. -Dynex Capital Inc. New REIT | A | Dividend | J | T | | | | | |
| 177. -Avnet Inc. Bond Due 9/1/15 | A | Interest | | | Redeemed | 09/01/15 | J | A | |
| 178. -Bank American Corp. Bond Due 8/15/15 | A | Interest | | | Redeemed | 08/15/15 | J | A | |
| 179. -Constellation Energy Bond Due 6/15/15 | A | Interest | | | Redeemed | 06/15/15 | J | A | |
| 180. -CSX Corp. Bond Due 4/1/15 | A | Interest | | | Redeemed | 04/01/15 | J | A | |
| 181. -JPMorgan Chase Bond Due 5/1/15 | A | Interest | | | Redeemed | 05/01/15 | J | A | |
| 182. -Lennar Corp Bond Due 5/31/15 | A | Interest | | | Redeemed | 05/31/15 | J | A | |
| 183. -Southwestern Bell Bond Due 3/15/21 | A | Interest | | | Redeemed | 07/01/15 | J | A | |
| 184. -Staples Bond Due 1/12/18 | A | Interest | J | T | | | | | |
| 185. -Weyerrhaeuser Co. Bond due 02/1/18 | A | Dividend | J | T | | | | | |
| 186. -Dreamworks Animation | | None | J | T | | | | | |
| 187. -Freeport McMoran Copper | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Solar Capital LTD | A | | | | Sold | 04/01/15 | J | A | |
| 189. -Plum Creek Timber Co. REIT | A | Interest | J | T | | | | | |
| 190. -DB Horton Bond due 4/15/16 | A | Interest | J | T | Buy | 01/27/15 | J | | |
| 191. -Marathon Value Portfolio | A | Dividend | K | T | Buy | 01/27/15 | J | | |
| 192. -Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Buy | 12/02/15 | J | | |
| 193. -Ishares Exp Technology ETF | A | Dividend | J | T | Buy | 12/02/15 | J | | |
| 194. -Technology Select Sector Spdr ETF | A | Dividend | J | T | Buy | 12/02/15 | J | | |
| 195. Utah Ed Savings Age Based Aggressive Global Fund | A | Dividend | K | T | Buy | 04/24/15 | J | | |
| 196. Utah Ed Savings Age Based Aggressive Domestic Fund | A | Dividend | K | T | Sold (part) | 11/09/15 | K | B | |
| 197. USAA Bank Accounts | A | Int./Div. | J | T | | | | | |
| 198. BA Account 19 | | | | | | | | | |
| 199. -Schwab Cash Account | A | Int./Div. | J | T | | | | | |
| 200. -Danaher Corp stock | A | Int./Div. | | | Sold | 04/22/15 | J | D | |
| 201. -Forest City Enterprises, Inc. Stock | | None | J | T | | | | | |
| 202. -Graco Inc. stock | A | Int./Div. | J | T | | | | | |
| 203. -Noble Corp stock | A | Int./Div. | J | T | | | | | |
| 204. -Pepsico Inc. stock | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/06/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Procter & Gamble | A | Int./Div. | J | T | | | | | |
| 206. -Mass Ed Financing Bond Due 1/1/15 | A | Int./Div. | | | Sold | 01/01/15 | J | A | |
| 207. Brokerage Account #21 | | | | | | | | | |
| 208. -FDIC Insured Deposits | A | Interest | J | T | Buy | 12/01/15 | J | | |
| 209. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 13, 14 The names of these mutual funds changed somewhat.

Line 63- This asset was reported twice in last year's report (Lines 59 and 62). Because the asset is the same, they were combined for this year's report into line 63.

Line 111- The name of the bank account has changed. Last year this asset was reported on line 103.

Lines 110, 124-130 These assets are illiquid assets. The trustee of the trust holding these assets has provided estimates of the value.

Line 154 - The name of this mutual fund changed. Last year this asset was reported on line 146.

Corrections in this Amended Report
Part VII, Line 60 lists the purchase information for the asset listed on this line.

Part VII, Line 226 of my 2014 report listed Newell Rubbermaid Bond Due 6/15/15. The bond does not appear on my 2015 report because I did not own it in 2015.This Bond was called on 12/15/14 with a value code of J and a gain code of A. I inadvertently omitted the calling of this bond from 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Leo T. Sorokin

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544